Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert L. Burnfield Jr.
Shantessa L. Burnfield
fka Shantessa L. Hogan**
   Debtor(s)

Bankruptcy Case No.: 15–23974–GLT
Related to Docket No. 46
Chapter: 13
Docket No.: 47 – 46
Concil. Conf.: June 20, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 13, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 20, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 13, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-23974-GLT
Robert L. Burnfield, Jr.                                                    Chapter 13
Shantessa L. Burnfield
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2          Date Rcvd: Mar 13, 2019
                             Form ID: 213            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db/jdb       +Robert L. Burnfield, Jr.,    Shantessa L. Burnfield,    177 Cooper Run Ct.,
               Pittsburgh, PA 15237-6919
cr           +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
14129887    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
14136159     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14129888     +Barclay US,    PO Box 13337,   Philadelphia, PA 19101-3337
14129891     +Chase Credit Card,    PO Box 15153,   Wilmington, DE 19886-5153
14129893      Chase/Freedom,    PO Box 15123,   Wilmington, DE 19850-5123
14129894     +Chase/Slate,    PO Box 15123,   Wilmington, DE 19850-5123
14129896      Citi Cards,    PO Box 9001037,   Louisville, KY 40290-1037
14205142     +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14129897     +Citizens One Auto,    One Citizens Drive,   Riverside, RI 02915-3031
14193120      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
14165278      ECAST SETTLEMENT CORPORATION,    POB 29262,   NEW YORK, NY 10087-9262
14129898     +Great Lakes Higher Education,    PO Box 530229,   Atlanta, GA 30353-0229
14129900      JP Morgan Chase,    PO BOX 78420,   Phoenix, AZ 85062-8420
14194635     +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code: LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
14149868      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
14129904      Union Plus Mastercard,    PO Box 71104,   Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 14 2019 03:01:49
               Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr            E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2019 03:07:45
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
14704367     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 14 2019 03:01:49
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
14129890      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:07:44     Capital One Bank,
               PO Box 71083,   Charlotte, NC 28272-1083
14154311      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:07:44
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14167983     +E-mail/Text: bncmail@w-legal.com Mar 14 2019 03:01:32     Cerastes, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14129899     +E-mail/Text: bankruptcy@huntington.com Mar 14 2019 03:01:14     Huntington National Bank,
               PO Box 182519,    Columbus, OH 43218-2519
14129901      E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41     Lowe's/Synchrony,    PO Box 530914,
               Atlanta, GA 30353-0914
14165520     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2019 03:01:15     Midland Credit Management Inc,
               as agent for Midland Funding LLC,    PO Box 2011,   Warren MI 48090-2011
14195997      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:08:06
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14131559      E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2019 03:07:45
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14129902      E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:23     Synchrony Bank/Amazon,
               PO Box 960013,    Orlando, FL 32896-0013
14129903      E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2019 03:07:41     Synchrony Bank/JCP,
               PO Box 960090,    Orlando, FL 32896-0090
14131894     +E-mail/Text: bankruptcy@huntington.com Mar 14 2019 03:01:14     The Huntington National Bank,
               P.O. Box 89424,    Cleveland, OH 44101-6424
14129905     +E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 14 2019 03:01:45     Wesbanco Bank,
               1 Bank Plaza,    Wheeling, WV 26003-3565
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BAYVIEW LOAN SERVICING, LLC
cr            JPMORGAN CHASE BANK, N.A.
14129892*     Chase Credit Card,    PO Box 15153,   Wilmington, DE 19886-5153
14129895*    +Chase/Slate,    PO Box 15123,   Wilmington, DE 19850-5123
14129889     ##Best Buy Credit Services,    PO Box 183195,   Columbus, OH 43218-3195
                                                                                   TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 13, 2019
                              Form ID: 213            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Joseph P. Schalk     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
           sromig@barley.com
          Kenneth   Steidl    on behalf of Debtor Robert L. Burnfield, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth   Steidl    on behalf of Joint Debtor Shantessa L. Burnfield
           julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```