UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT L. BURNFIELD, JR.<br>SHANTESSA L. BURNFIELD<br>          Debtor(s)<br>Ronda J. Winnecour, Trustee<br>          Movant<br>vs.<br>ROBERT L. BURNFIELD, JR.<br>SHANTESSA L. BURNFIELD<br>          Respondent(s) | Case No. 15-23974GLT<br>Chapter 13<br><br>Related to Document No. 46 |

## ORDER

AND NOW, this __20__ day of __June__, 20__19__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐    This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of N/A months; the monthly plan payment amount is changed to $4774 effective 7/19.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[ ] Other: _____

BY THE COURT:

Dated : June 20, 2019

_____
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-23974-GLT
Robert L. Burnfield, Jr.                                              Chapter 13
Shantessa L. Burnfield
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2           Date Rcvd: Jun 20, 2019
                              Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db/jdb         +Robert L. Burnfield, Jr.,    Shantessa L. Burnfield,    177 Cooper Run Ct.,
                 Pittsburgh, PA 15237-6919
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14129887      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
14136159       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
14129888       +Barclay US,    PO Box 13337,    Philadelphia, PA 19101-3337
14129891       +Chase Credit Card,    PO Box 15153,    Wilmington, DE 19886-5153
14129893        Chase/Freedom,    PO Box 15123,    Wilmington, DE 19850-5123
14129894       +Chase/Slate,    PO Box 15123,    Wilmington, DE 19850-5123
14129896        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14205142       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14129897       +Citizens One Auto,    One Citizens Drive,    Riverside, RI 02915-3031
14193120        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14165278        ECAST SETTLEMENT CORPORATION,    POB 29262,    NEW YORK, NY 10087-9262
14129898       +Great Lakes Higher Education,    PO Box 530229,    Atlanta, GA 30353-0229
14129900        JP Morgan Chase,    PO BOX 78420,    Phoenix, AZ 85062-8420
14194635       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14149868        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14129904        Union Plus Mastercard,    PO Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2019 02:30:31
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2019 02:42:34
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14704367       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2019 02:30:31
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
14129890        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 21 2019 02:42:31     Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14154311        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 21 2019 02:42:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14167983       +E-mail/Text: bncmail@w-legal.com Jun 21 2019 02:30:22     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14129899       +E-mail/Text: bankruptcy@huntington.com Jun 21 2019 02:30:11     Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
14129901        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:45     Lowe's/Synchrony,    PO Box 530914,
                 Atlanta, GA 30353-0914
14165520       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 21 2019 02:30:13     Midland Credit Management Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
14195997        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 02:42:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14131559        E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2019 02:42:16
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14129902        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:48     Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
14129903        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:28     Synchrony Bank/JCP,
                 PO Box 960090,    Orlando, FL 32896-0090
14131894       +E-mail/Text: bankruptcy@huntington.com Jun 21 2019 02:30:11     The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
14129905       +E-mail/Text: bankrupt-adjdept@wesbanco.com Jun 21 2019 02:30:29     Wesbanco Bank,
                 1 Bank Plaza,    Wheeling, WV 26003-3565
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              JPMORGAN CHASE BANK, N.A.
14129892*       Chase Credit Card,    PO Box 15153,    Wilmington, DE 19886-5153
14129895*      +Chase/Slate,    PO Box 15123,    Wilmington, DE 19850-5123
14129889       ##Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
                                                                                   TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: culy              Page 2 of 2              Date Rcvd: Jun 20, 2019
                               Form ID: pdf900         Total Noticed: 33
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:

```
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth    Steidl    on behalf of Debtor Robert L. Burnfield, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth    Steidl    on behalf of Joint Debtor Shantessa L. Burnfield
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8
```