# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Robert L. Burnfield ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield ) | Chapter 13 |
| fka Shantessa L. Hogan, ) | |
| *Debtor(s)* ) | Related Docket No |
| ) | |
| ) | |
| Robert L. Burnfield ) | |
| Shantessa L. Burnfield ) | |
| fka Shantessa L. Hogan, ) | |
| *Movant(s)* ) | |
| ) | |
| Vs. ) | |
| ) | |
| ) | |
| No Respondent(s) ) | |
| ) | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

*Specify reason for amendment*. The Debtors are amending their Schedule C. The Debtors are claiming the maximum amount of $45,950.00 allowed pursuant to 11 U.S.C. § 522(d)(1) for their residence 177 Cooper Run Ct., Pittsburgh PA 15237.

\_\_\_\_\_  Voluntary Petition.
\_\_\_\_\_  \_\_Official Form 6 Schedules (Itemization of Changes Must be Specified)
\_\_\_\_\_  Summary of Schedules
\_\_\_\_\_  Schedule A – Real Property
\_\_\_\_\_  Schedule B - Personal Property
\_\_X\_\_\_  Schedule C – Property Claimed as Exempt
\_\_\_\_  Schedule D – Creditors holding Secured Claims}
  Check one:
   \_\_\_\_ Creditor(s) added
   \_\_\_\_\_  NO creditor(s) added
   \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_  Schedule E – Creditors Holding Unsecured Priority Claims
  Check one:
   \_\_\_\_\_ Creditor(s) added
   \_\_\_\_\_  NO creditor(s) added

      \_\_\_\_\_ Creditor(s) deleted
   \_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
      Check one:
      \_\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
      Check one:
      \_\_\_\_\_ Creditor(s) added
      \_\_\_\_\_ NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H – Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J- Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date: <u>August 13, 2019</u>              /s/ Kenneth Steidl
                                          Kenneth Steidl, Esquire
                                          Attorney for the Debtor(s)

                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com
                                          PA I.D. No. 34965

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert L. Burnfield, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shantessa L. Burnfield** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number  15-23974
(if known)

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtors' real estate located at 177 Cooper Run Ct., Pittsburgh PA 15237 was acquired by deed in April 2014. Market value determined by appraisal in July 2015.**<br>Line from *Schedule A/B*: **1.1** | $410,000.00 | ■ $45,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Normal household goods and furnishings**<br>**Summary available upon request**<br>**Location: 177 Cooper Run Ct., Pittsburgh PA 15237**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Golf Clubs and various sporting equipment**<br>**Location: 177 Cooper Run Ct., Pittsburgh PA 15237**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Clothing**<br>**Location: 177 Cooper Run Ct., Pittsburgh PA 15237**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **Robert L. Burnfield, Jr.**
Debtor 2  **Shantessa L. Burnfield**  Case number (if known)  **15-23974**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Jewlery**<br>Location: 177 Cooper Run Ct., Pittsburgh PA 15237<br>Line from Schedule A/B: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash on hand**<br>Line from Schedule A/B: **16.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Account**<br>citizens Bank<br>Line from Schedule A/B: **17.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k) plan with current employer**<br>Line from Schedule A/B: **21.1** | $288.00 | ■ $288.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Roth IRA with Franklin Templeton Investments**<br>Line from Schedule A/B: **21.3** | $3,105.00 | ■ $3,105.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes