IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Robert L. Burnfield | ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield | ) | Chapter 13 |
| fka Shantessa L. Hogan, | ) | |
|     *Debtor(s)* | ) | Related Docket No. 53 |
| | ) | |
| | ) | |
| Robert L. Burnfield | ) | |
| Shantessa L. Burnfield | ) | |
| fka Shantessa L. Hogan, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
|     Vs. | ) | |
| | ) | |
| Barclay US, Best Buy Credit Services, | ) | |
| Capital One Bank, JP Morgan Chase, | ) | |
| Citi Cards, Huntington National Bank, | ) | |
| Department Store National Bank, | ) | |
| Synchrony Bank, Bank of America, | ) | |
| Bayview Loan Servicing, LLC, | ) | |
| Capital One Bank (USA), N.A., | ) | |
| Citizens Bank N.A., Ecast Settlement Corp., | ) | |
| Midland Credit Management Inc., | ) | |
| Peoples Natural Gas Company LLC, | ) | |
| Cerastes, LLC, Union Plus, Wesbanco Bank, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Great Lakes Higher Education, | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 27, 2019, a true and correct copy of the *Order Approving Retention of Realtor/Broker* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All Parties listed on the attached mailing matrix

Date of Service: August 27, 2019        /s/ Kenneth Steidl
                                                            Kenneth Steidl, Esquire
                                                            Attorney for the Debtor
                                                            STEIDL & STEINBERG
                                                            707 Grant Street Suite 2830, Gulf Tower
                                                            Pittsburgh, PA 15219 (412) 391-8000
                                                            Ken.steidl@steidl-steinberg.com
                                                            PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-23974-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 27 09:58:38 EDT 2019 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclay US<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Bayview Loan Servicing LLC<br>4425 Ponce de Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1837 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 |
| Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 | Robert L. Burnfield Jr.<br>177 Cooper Run Ct.<br>Pittsburgh, PA 15237-6919 | Shantessa L. Burnfield<br>177 Cooper Run Ct.<br>Pittsburgh, PA 15237-6919 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase/Freedom<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Chase/Slate<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Citi Cards<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 | Citizens One Auto<br>One Citizens Drive<br>Riverside, RI 02915-3031 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY 10087-9262 | Great Lakes Higher Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 |
| Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | JP Morgan Chase<br>PO BOX 78420<br>Phoenix, AZ 85062-8420 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Lowe's/Synchrony<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 | Piatt Sotheby's International Realty<br>100 Fowler Road<br>Warrendale, PA 15086-1132 |

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC        Recovery Management Systems Corporation   Recovery Management Systems Corporation
PO BOX 41067                                 25 S.E. Second Avenue                    25 S.E. 2nd Avenue, Suite 1120
NORFOLK VA 23541-1067                        Suite 1120                                Miami, FL 33131-1605
                                             Miami, FL 33131-1605


Joseph P. Schalk                             Kenneth Steidl                            Synchrony Bank/Amazon
Barley Snyder                                Steidl & Steinberg                        PO Box 960013
126 East King Street                         Suite 2830 Gulf Tower                     Orlando, FL 32896-0013
Lancaster, PA 17602-2893                     707 Grant Street
                                             Pittsburgh, PA 15219-1908


Synchrony Bank/JCP                           The Huntington National Bank              US DEPT OF EDUCATION
PO Box 960090                                P.O. Box 89424                            CLAIMS FILING UNIT
Orlando, FL 32896-0090                       Cleveland, OH 44101-6424                  PO BOX 8973
                                                                                       MADISON WI 53708-8973


Union Plus Mastercard                        S. James Wallace                          James Warmbrodt
PO Box 71104                                 845 N. Lincoln Avenue                     KML Law Group, P.C.
Charlotte, NC 28272-1104                     Pittsburgh, PA 15233-1828                 701 Market Street
                                                                                       Suite 5000
                                                                                       Philadelphia, PA 19106-1541


Wesbanco Bank                                Emily Wilhem                              Ronda J. Winnecour
1 Bank Plaza                                 Piatt Sotheby's International Realty      Suite 3250, USX Tower
Wheeling, WV 26003-3565                      100 Fowler Road                           600 Grant Street
                                             Warrendale, PA 15086-1132                 Pittsburgh, PA 15219-2702



                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Bank of America                              Portfolio Recovery Associates, LLC
PO Box 982235                                POB 12914
El Paso, TX 79998-2235                       Norfolk VA 23541




                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BAYVIEW LOAN SERVICING, LLC               (d)Chase Credit Card                      (u)JPMORGAN CHASE BANK, N.A.
                                             PO Box 15153
                                             Wilmington, DE 19886-5153




End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47
```