IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



**FILED**

**OCT 08 2019**

CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Case No.: | 15-23974-GLT |
| | Chapter: | 13 |
| Robert L. Burnfield, Jr. | | |
| Shantessa L. Burnfield | | |
| | Date: | 10/8/2019 |
| *Debtor(s).* | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*
# 65 Motion to Sell Property Free and Clear of Liens under Section 363(f) . Re: 177 Cooper Run Ct., Pittsburgh PA 15237
  #68 - Proof of Publication of Notice of Sale in Pittsburgh Legal Journal
  #69 - Proof of Publication of Notice of Sale in Pittsburgh Post-Gazette
  #70 - CNO Filed

*APPEARANCES:*
  Debtor:    Abagale Steidl
  Trustee:   Jana Pail

*NOTES:*
(10:33)

Steidl: Sales price is fair and the realtor was appointed by the Court, the sales price will pay the mortgages in full plus realtor and legal fees. The sale was published in the Pittsburgh Post Gazette. The sale will not 100% cover the plan.
Court: Have existing contingencies been satisfied?

Steidl: Yes.

[Property was exposed for sale]

*OUTCOME:*

1. Debtors' *Motion to Sell Property Free and Clear of Liens under Section 363(f).* [Dkt. No. 65] is GRANTED. O/E

**DATED:** 10/8/2019