IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Robert L. Burnfield | ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield | ) | Chapter 13 |
| fka Shantessa L. Hogan, | ) | |
| *Debtor(s)* | ) | Related Docket No |
| | ) | |
| | ) | |
| Robert L. Burnfield | ) | |
| Shantessa L. Burnfield | ) | |
| fka Shantessa L. Hogan, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anthony L. Moscollic, | ) | |
| Rhonda B. Moscollic, | ) | |
| Barclay US, Best Buy Credit Services, | ) | |
| Capital One Bank, JP Morgan Chase, | ) | |
| Citi Cards, Huntington National Bank, | ) | |
| Department Store National Bank, | ) | |
| Synchrony Bank, Bank of America, | ) | |
| Bayview Loan Servicing, LLC, | ) | |
| Capital One Bank (USA), N.A., | ) | |
| Citizens Bank N.A., Ecast Settlement Corp., | ) | |
| Midland Credit Management Inc., | ) | |
| Peoples Natural Gas Company LLC, | ) | |
| Cerastes, LLC, Union Plus, Wesbanco Bank, | ) | |
| Portfolio Recovery Associates LLC, | ) | |
| Great Lakes Higher Education, | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND CLEAR OF LIENS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) <u>October 9, 2019</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Anthony L. Moscollic
Rhonda B. Moscollic
3431 Cedar Glen Drive
Allison Park, PA 15101

Annie Dimitroff
Coldwell Banker Real Estate Services
9600 Perry Highway, Suite 100
Pittsburgh, Pa 15237

Emily Wilhem
Piatt Sotheby's International Realty
100 Fowler Road
Warrendale, PA 15086

                                              Respectfully submitted,

October 9, 2019                            /s/ Christopher M. Frye
DATE                                         Christopher M. Frye, Esquire
                                              Attorney for the Debtor(s)

                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              chris.frye@steidl-steinberg.com
                                              PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-23974-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Oct  9 14:32:57 EDT 2019 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclay US<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Bayview Loan Servicing LLC<br>4425 Ponce de Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1837 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 |
| Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 | Robert L. Burnfield Jr.<br>177 Cooper Run Ct.<br>Pittsburgh, PA 15237-6919 | Shantessa L. Burnfield<br>177 Cooper Run Ct.<br>Pittsburgh, PA 15237-6919 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase/Freedom<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Chase/Slate<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Citi Cards<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 | Citizens One Auto<br>One Citizens Drive<br>Riverside, RI 02915-3031 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY 10087-9262 | Great Lakes Higher Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 |
| Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | JP Morgan Chase<br>PO BOX 78420<br>Phoenix, AZ 85062-8420 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Lowe's/Synchrony<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 | Piatt Sotheby's International Realty<br>100 Fowler Road<br>Warrendale, PA 15086-1132 |

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC         Recovery Management Systems Corporation    Recovery Management Systems Corporation
PO BOX 41067                                 25 S.E. Second Avenue                      25 S.E. 2nd Avenue, Suite 1120
NORFOLK VA 23541-1067                        Suite 1120                                 Miami, FL 33131-1605
                                             Miami, FL 33131-1605


Joseph P. Schalk                             Kenneth Steidl                             Synchrony Bank/Amazon
Barley Snyder                                Steidl & Steinberg                         PO Box 960013
126 East King Street                         Suite 2830 Gulf Tower                      Orlando, FL 32896-0013
Lancaster, PA 17602-2893                     707 Grant Street
                                             Pittsburgh, PA 15219-1908


Synchrony Bank/JCP                           The Huntington National Bank               US DEPT OF EDUCATION
PO Box 960090                                P.O. Box 89424                             CLAIMS FILING UNIT
Orlando, FL 32896-0090                       Cleveland, OH 44101-6424                   PO BOX 8973
                                                                                        MADISON WI 53708-8973


Union Plus Mastercard                        S. James Wallace                           James Warmbrodt
PO Box 71104                                 845 N. Lincoln Avenue                      KML Law Group, P.C.
Charlotte, NC 28272-1104                     Pittsburgh, PA 15233-1828                  701 Market Street
                                                                                        Suite 5000
                                                                                        Philadelphia, PA 19106-1541


Wesbanco Bank                                Emily Wilhem                               Ronda J. Winnecour
1 Bank Plaza                                 Piatt Sotheby's International Realty       Suite 3250, USX Tower
Wheeling, WV 26003-3565                      100 Fowler Road                            600 Grant Street
                                             Warrendale, PA 15086-1132                  Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                              Portfolio Recovery Associates, LLC
PO Box 982235                                POB 12914
El Paso, TX 79998-2235                       Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BAYVIEW LOAN SERVICING, LLC               (d)Chase Credit Card                       (u)JPMORGAN CHASE BANK, N.A.
                                             PO Box 15153
                                             Wilmington, DE 19886-5153
```

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47