IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Robert L. Burnfield | ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield | ) | Chapter 13 |
| fka Shantessa L. Hogan, | ) | |
| *Debtor(s)* | ) | Related Docket No. |
| | ) | |
| | ) | |
| Robert L. Burnfield | ) | |
| Shantessa L. Burnfield | ) | |
| fka Shantessa L. Hogan, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

177 Cooper Run Ct.
Pittsburgh PA 15237

New Address:

144 Bartram Way
Lexington, SC 29072

                                                      Respectfully submitted,

October 9, 2019                           /s/ Christopher M. Frye
DATE                                            Christopher M. Frye, Esquire
                                                 Attorney for the Debtor(s)
                                                 STEIDL & STEINBERG
                                                 Suite 2830 – Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 chris.frye@steidl-steinberg.com
                                                 PA I.D. No. 34965