IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| Debtor:   Robert L. Burnfield, Jr. | Case No:15-23974-GLT |
| Judge:   Gregory L. Taddonio | Chapter 13 |

## NOTICE OF SATISFACTION OF CLAIM

WesBanco Bank Inc., formally known as United Bank, hereby notifies the court of satisfaction of claim filed on March 14, 2016, in the amount of $5,260.00, regarding Court Claim No. 13

The reason for notice of satisfaction of claim is that the claim has been paid in full.

_____
Danielle White-Meneely
Bankruptcy Litigation Officer

---

## CERTIFICATE OF SERVICE

I, Danielle White-Meneely, of WesBanco Bank Inc., do hereby certify that service of the foregoing NOTICE OF SATISFACTION OF CLAIM was had via the Court's ECF delivery system and mailing by United States Mail, First Class, postage prepaid, a true copy thereof this __5__ day of __Nov.__, 2019, as follows:

_____
Creditor Signature

United States Trustee
Office of the US Trustee
Liberty Center
1001 Liberty Ave, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee-service via the ECF delivery System*

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
*Counsel for Debtor-service via the ECF delivery system and US Mail*

Ronda J Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15222
*Bankruptcy Trustee-service via the ECF delivery system and US mail*