**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert L. Burnfield Jr.**
**Shantessa L. Burnfield**
**fka Shantessa L. Hogan**
   Debtor(s)

Bankruptcy Case No.: 15–23974–GLT
Related Dkt. No. 78
Chapter: 13
Docket No.: 80 – 78
Concil. Conf.: December 19, 2019 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____7th____ day of ____November____, __2019__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on ___November 7, 2019___     ___/s/ Todd Thomas___
                (Date)                       (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-23974-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Nov  7 09:14:16 EST 2019 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclay US<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Bayview Loan Servicing LLC<br>4425 Ponce de Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1837 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 |
| Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 | Robert L. Burnfield Jr.<br>144 Bartram Way<br>Lexington, SC 29072-8256 | Shantessa L. Burnfield<br>144 Bartram Way<br>Lexington, SC 29072-8256 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase/Freedom<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Chase/Slate<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Citi Cards<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 | Citizens One Auto<br>One Citizens Drive<br>Riverside, RI 02915-3031 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY 10087-9262 | Great Lakes Higher Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 |
| Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | JP Morgan Chase<br>PO BOX 78420<br>Phoenix, AZ 85062-8420 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code: LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Lowe's/Synchrony<br>PO Box 530914<br>Atlanta, GA 30353-0914 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 | Piatt Sotheby's International Realty<br>100 Fowler Road<br>Warrendale, PA 15086-1132 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Joseph P. Schalk<br>Barley Snyder<br>126 East King Street<br>Lancaster, PA 17602-2893 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 |
| Synchrony Bank/JCP<br>PO Box 960090<br>Orlando, FL 32896-0090 | The Huntington National Bank<br>P.O. Box 89424<br>Cleveland, OH 44101-6424 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 |
| Union Plus Mastercard<br>PO Box 71104<br>Charlotte, NC 28272-1104 | WESBANCO BANK, INC<br>WESBANCO BANK.INC<br>1 BANK PLAZA<br>WHEELING, WV 26003-3565 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wesbanco Bank<br>1 Bank Plaza<br>Wheeling, WV 26003-3565 | Emily Wilhem<br>Piatt Sotheby's International Realty<br>100 Fowler Road<br>Warrendale, PA 15086-1132 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (d)Chase Credit Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 | (u)JPMORGAN CHASE BANK, N.A. |

```
End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48
```