IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Robert L. Burnfield ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield ) | Chapter 13 |
| fka Shantessa L. Hogan, ) | |
| *Debtor(s)* ) | Related Docket No. |
| ) | |
| ) | |
| Robert L. Burnfield ) | |
| Shantessa L. Burnfield ) | |
| fka Shantessa L. Hogan, ) | |
| *Movant(s)* ) | |
| ) | |
| Vs. ) | |
| ) | |
| No Respondent(s) ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

144 Bartram Way
Lexington, SC 29072

New Address:

671 Nandina Drive
Weston, FL 33327

                                            Respectfully submitted,

October 9, 2019                      /s/ Kenneth Steidl_____
DATE                                 Kenneth Steidl, Esquire
                                              Attorney for the Debtor(s)
                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965