Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert L. Burnfield Jr.
Shantessa L. Burnfield
fka Shantessa L. Hogan**
   Debtor(s)

Bankruptcy Case No.: 15–23974–GLT
Issued Per 3/12/2020 Proceeding
Chapter: 13
Docket No.: 89 – 78
Concil. Conf.: March 12, 2020 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 1, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Mar. 12, 2020 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

Net proceeds from sale of RE in amount of $9,242.64 are to be, after Trustee Fees, earmarked for distribution to unsecured creditors. Base is to be increased, with LAT, to reflect this additional amount of plan funding.

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 12, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 15-23974-GLT
Robert L. Burnfield, Jr.                                    Chapter 13
Shantessa L. Burnfield
      Debtors                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas            Page 1 of 2           Date Rcvd: Mar 12, 2020
                              Form ID: 149          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb         +Robert L. Burnfield, Jr.,    Shantessa L. Burnfield,    671 Nandina Drive,
                 Weston, FL 33327-2410
r              +Emily Wilhem,    Piatt Sotheby's International Realty,    100 Fowler Road,
                 Warrendale, PA 15086-1132
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
r              +Piatt Sotheby's International Realty,    100 Fowler Road,    Warrendale, PA 15086-1132
14129887      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
14136159       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14129888       +Barclay US,    PO Box 13337,    Philadelphia, PA 19101-3337
14129889        Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
14129896        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14205142       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14129897       +Citizens One Auto,    One Citizens Drive,    Riverside, RI 02915-3031
14165278        ECAST SETTLEMENT CORPORATION,    POB 29262,    NEW YORK, NY 10087-9262
14129898       +Great Lakes Higher Education,    PO Box 530229,    Atlanta, GA 30353-0229
14129900        JP Morgan Chase,    PO BOX 78420,    Phoenix, AZ 85062-8420
14194635       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14149868        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14129904        Union Plus Mastercard,    PO Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 13 2020 03:04:18
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
cr               E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2020 03:06:17
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
cr              +E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 13 2020 03:04:14      WESBANCO BANK, INC,
                 WESBANCO BANK.INC,    1 BANK PLAZA,    WHEELING, WV 26003-3565
14704367        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 13 2020 03:04:18
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
14129890         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 13 2020 03:06:15       Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14154311         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 13 2020 03:06:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14167983        +E-mail/Text: bncmail@w-legal.com Mar 13 2020 03:04:08      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14193120         E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2020 03:03:44
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14129899        +E-mail/Text: bankruptcy@huntington.com Mar 13 2020 03:03:55       Huntington National Bank,
                 PO Box 182519,    Columbus, OH 43218-2519
14129891         E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 13 2020 03:07:33       Chase Credit Card,
                 PO Box 15153,    Wilmington, DE 19886
14129893         E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 13 2020 03:06:51       Chase/Freedom,
                 PO Box 15123,    Wilmington, DE 19850-5123
14129894         E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 13 2020 03:06:51       Chase/Slate,
                 PO Box 15123,    Wilmington, DE 19850-6919
14129901         E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 03:06:14      Lowe's/Synchrony,    PO Box 530914,
                 Atlanta, GA 30353-0914
14165520        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2020 03:03:56       Midland Credit Management Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
14195997         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 03:07:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14131559         E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2020 03:06:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14129902         E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 03:06:12      Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
14129903         E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 03:07:31      Synchrony Bank/JCP,
                 PO Box 960090,    Orlando, FL 32896-0090
14131894        +E-mail/Text: bankruptcy@huntington.com Mar 13 2020 03:03:55       The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
14129905        +E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 13 2020 03:04:14       Wesbanco Bank,
                 1 Bank Plaza,    Wheeling, WV 26003-3565
                                                                                              TOTAL: 20
```

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 149            Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BAYVIEW LOAN SERVICING, LLC
cr               JPMORGAN CHASE BANK, N.A.
14129892*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court:  Chase Credit Card,    PO Box 15153,    Wilmington, DE 19886-5153)
14129895*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court:  Chase/Slate,    PO Box 15123,    Wilmington, DE 19850-6919)
                                                                                            TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Joseph P. Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. jschalk@barley.com,
           sromig@barley.com
          Kenneth  Steidl    on behalf of Debtor Robert L. Burnfield, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Shantessa L. Burnfield
           julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```