IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-23974 GLT |
| Robert L. Burnfield, Jr. ) | Chapter 13 |
| Shantessa L. Burnfield, ) | Docket No. |
| *Debtors* ) | |
| ) | |
| Robert L. Burnfield, Jr. ) | |
| Shantessa L. Burnfield, ) | |
| *Movants* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The husband Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 20, 2016 at docket numbers 25 and 26, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

August 26, 2020                                         /s/ Robert L. Burnfield
Date                                                            Debtor


August 26, 2020                                         /s/ Shantessa L. Burnfield
Date                                                            Debtor

                                  Respectfully submitted,

August 31, 2020                  /s/ Kenneth Steidl
DATE                                Kenneth Steidl, Esquire
                                      Attorney for the Debtor

                                      STEIDL & STEINBERG
                                      707 Grant Street
                                      Suite 2830, Gulf Tower
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      Ken.steidl@steidl-steinberg.com
                                      PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**