**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/20/20 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　ROBERT L. BURNFIELD, JR.<br>　SHANTESSA L. BURNFIELD<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　ROBERT L. BURNFIELD, JR.<br>　SHANTESSA L. BURNFIELD<br><br>　　　Respondents | Case No.15-23974GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 96 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 20th day of November 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Zenith Education Group
　　　　Attn: Payroll Manager
　　　　5 Hutton Center Dr Ste 500
　　　　Santa Ana, CA 92707

is hereby ordered to immediately terminate the attachment of the wages of ROBERT L. BURNFIELD, JR., social security number XXX-XX-5285.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT L. BURNFIELD, JR..

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23974-GLT |
| Robert L. Burnfield, Jr. | Chapter 13 |
| Shantessa L. Burnfield | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb          + Robert L. Burnfield, Jr., Shantessa L. Burnfield, 671 Nandina Drive, Weston, FL 33327-2410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
            on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com

Joseph P. Schalk
            on behalf of Creditor JPMORGAN CHASE BANK   N.A. jschalk@barley.com, sromig@barley.com

Kenneth Steidl
            on behalf of Debtor Robert L. Burnfield Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
            on behalf of Joint Debtor Shantessa L. Burnfield julie.steidl@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8