FILED
12/10/20 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Robert L. Burnfield | ) | Case No. 15-23974 GLT |
| Shantessa L. Burnfield | ) | |
|    Debtor | ) | Chapter 13 |
| | ) | Document No. 94 |
| Steidl and Steinberg, P.C. | ) | |
|    Applicant | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Bank of America, Barclay US, Bayview Loan | ) | |
| Servicing, Best Buy Credit Services, Capital One Bank, | ) | |
| Cerastes, JP Morgan Chase Bank, Citi Cards, Citizens | ) | |
| Bank, Department Stores National Bank, eCAST | ) | |
| Settlement Corp., Great Lakes Higher Education, | ) | |
| Huntington National Bank, Midland Credit | ) | |
| Management, PA Dept. of Revenue, Peoples Natural | ) | |
| Gas, Portfolio Recovery Assoc., Recovery Management | ) | |
| Systems Corp., Synchrony Bank/Amazon/Lowe's/ JCP, | ) | |
| Dept. of Education, Union Plus Mastercard, Wesbanco | ) | |
| Bank, | ) | |
|    Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this __10th__ day of __December__, 2020, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $4,185.00 for work performed in the Chapter 13 case by Debtors' counsel from September 14, 2015, to November 10, 2020.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid an $600.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $8,185.00, with the total to be paid through the Plan by the Trustee being $4,400.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $1,000.00 that was approved as part of the Amended Chapter 13 Plan dated November 1, 2019 (at Doc. 78) which was confirmed on March 12, 2020, (at Doc. 89),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $4,185.00. The remaining balance is waived.

Prepared by:   Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: December 10, 2020

Gregory Taddonio   hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23974-GLT |
| Robert L. Burnfield, Jr. | Chapter 13 |
| Shantessa L. Burnfield | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 2
Date Rcvd: Dec 10, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Robert L. Burnfield, Jr., Shantessa L. Burnfield, 671 Nandina Drive, Weston, FL 33327-2410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com

Joseph P. Schalk
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. jschalk@barley.com, sromig@barley.com

Kenneth Steidl
    on behalf of Debtor Robert L. Burnfield Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Shantessa L. Burnfield julie.steidl@steidl-steinberg.com

District/off: 0315-2      User: culy      Page 2 of 2
Date Rcvd: Dec 10, 2020      Form ID: pdf900      Total Noticed: 1

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8