Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert L. Burnfield Jr.**<br>**Shantessa L. Burnfield**<br>**fka Shantessa L. Hogan**<br>   *Debtor(s)* | : <br> : <br> : <br> : | Case No. 15−23974−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>   *Movant(s),* | : <br> : <br> : | Related to Document No. 105 |
|   v.<br>**No Respondents**<br>   *Respondent(s).* | : <br> : <br> : <br> : | Hearing Date: 5/5/21 at 02:30 PM |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 105 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)  *On or before April 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)  This Motion is scheduled for hearing on *May 5, 2021 at 02:30 PM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Burnfield, Jr.  
Shantessa L. Burnfield  
    Debtors

Case No. 15-23974-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3  
Date Rcvd: Feb 23, 2021      Form ID: 604      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Burnfield, Jr., Shantessa L. Burnfield, 671 Nandina Drive, Weston, FL 33327-2410 |
| r | + | Emily Wilhem, Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| r | + | Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| 14129887 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14136159 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14129888 | + | Barclay US, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14129889 | | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14129896 | | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14165278 | | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14129898 | + | Great Lakes Higher Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14149868 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14129904 | | Union Plus Mastercard, PO Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:38:28 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 24 2021 03:21:00 | WESBANCO BANK, INC, WESBANCO BANK.INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14704367 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14129889 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:21 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14205142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2021 03:18:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14129897 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2021 03:18:00 | Citizens One Auto, One Citizens Drive, Riverside, RI 02915-3019 |
| 14129890 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:45:19 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14154311 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14167983 | + | Email/Text: bncmail@w-legal.com  Feb 24 2021 03:21:00 | | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14129896 | | Email/PDF: Citi.BNC.Correspondence@citi.com  Feb 24 2021 02:43:34 | | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14193120 | | Email/Text: bnc-quantum@quantum3group.com  Feb 24 2021 03:20:00 | | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14129899 | + | Email/Text: bankruptcy@huntington.com  Feb 24 2021 03:20:00 | | Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 14129891 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Feb 24 2021 02:41:35 | | Chase Credit Card, PO Box 15153, Wilmington, DE 19886 |
| 14129893 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Feb 24 2021 02:45:11 | | Chase/Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 14129894 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Feb 24 2021 02:43:24 | | Chase/Slate, PO Box 15123, Wilmington, DE 19850-6919 |
| 14129900 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Feb 24 2021 02:45:11 | | JP Morgan Chase, PO BOX 78420, Phoenix, AZ 85062-8420 |
| 14194635 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Feb 24 2021 02:41:35 | | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code: LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14129901 | | Email/PDF: gecsedi@recoverycorp.com  Feb 24 2021 02:41:33 | | Lowe's/Synchrony, PO Box 530914, Atlanta, GA 30353-0914 |
| 14165520 | + | Email/Text: bankruptcydpt@mcmcg.com  Feb 24 2021 03:20:00 | | Midland Credit Management Inc, as agent for Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14195997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 24 2021 02:45:18 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14131559 | | Email/PDF: rmscedi@recoverycorp.com  Feb 24 2021 03:37:14 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14129902 | | Email/PDF: gecsedi@recoverycorp.com  Feb 24 2021 02:43:22 | | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14129903 | | Email/PDF: gecsedi@recoverycorp.com  Feb 24 2021 02:43:22 | | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14131894 | + | Email/Text: bankruptcy@huntington.com  Feb 24 2021 03:20:00 | | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14129905 | + | Email/Text: bankrupt-adjdept@wesbanco.com  Feb 24 2021 03:21:00 | | Wesbanco Bank, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14129892 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Credit Card, PO Box 15153, Wilmington, DE 19886-5153 |
| 14129895 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Slate, PO Box 15123, Wilmington, DE 19850-6919 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 37

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMORGAN CHASE BANK N.A. jschalk@barley.com, sromig@barley.com |
| Kenneth Steidl | on behalf of Debtor Robert L. Burnfield Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Shantessa L. Burnfield julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 8