**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ROBERT L. BURNFIELD, JR.
    SHANTESSA L. BURNFIELD
          Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
         vs.
    No Respondents.

Case No.:15-23974

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

February 22, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/30/2015 and confirmed on 12/16/15 . The case was subsequently             Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 200,702.98 |
| Less Refunds to Debtor | 10.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 200,692.58 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,390.00 | |
| Trustee Fee | 8,661.06 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,051.06 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC**<br>Acct: 9046 | 121,950.55 | 121,950.55 | 0.00 | 121,950.55 |
| BAYVIEW LOAN SERVICING LLC**<br>Acct: 9046 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE(*)<br>Acct: 0481 | 22,196.95 | 22,196.95 | 3,707.09 | 25,904.04 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 5058 | 18,091.48 | 18,091.48 | 3,129.24 | 21,220.72 |
| WESBANCO BANK INC(*)<br>Acct: 2268 | 3,318.59 | 3,318.59 | 918.82 | 4,237.41 |
| | | | | 173,312.72 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT L. BURNFIELD, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT L. BURNFIELD, JR.<br>Acct: | 10.40 | 10.40 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0/20 | 990.00 | 990.00 | 0.00 | 0.00 |
| MELISSA BURNFIELD<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR PA ID #30399**<br>Acct: $/OE | 138.74 | 138.74 | 0.00 | 138.74 |
| | | | | 138.74 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC<br>Acct: 9709 | 6,072.33 | 1,029.02 | 0.00 | 1,029.02 |
| BANK OF AMERICA NA**<br>Acct: 8011 | 9,613.13 | 1,629.04 | 0.00 | 1,629.04 |
| CERASTES LLC | 1,356.36 | 229.85 | 0.00 | 229.85 |

15-23974

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1841 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,528.08 | 597.87 | 0.00 | 597.87 |
| Acct: 2471 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 9,628.13 | 1,631.58 | 0.00 | 1,631.58 |
| Acct: 3626 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5809 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5809 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1450 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7263 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7558 | | | | |
| ECAST SETTLEMENT CORP | 13,844.02 | 2,346.01 | 0.00 | 2,346.01 |
| Acct: 1107 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 14,990.97 | 2,540.37 | 0.00 | 2,540.37 |
| Acct: 9325 | | | | |
| MIDLAND FUNDING LLC | 3,913.12 | 663.12 | 0.00 | 663.12 |
| Acct: 8039 | | | | |
| MIDLAND FUNDING LLC | 7,684.88 | 1,302.28 | 0.00 | 1,302.28 |
| Acct: 7660 | | | | |
| CERASTES LLC | 11,712.09 | 1,984.73 | 0.00 | 1,984.73 |
| Acct: 8495 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,393.76 | 236.19 | 0.00 | 236.19 |
| Acct: 4840 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,190.06 |

TOTAL PAID TO CREDITORS                                                          187,641.52

TOTAL CLAIMED
PRIORITY            138.74
SECURED         165,557.57
UNSECURED        83,736.87

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT L. BURNFIELD, JR.
    SHANTESSA L. BURNFIELD
          Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:15-23974

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-23974-GLT
Robert L. Burnfield, Jr.                                                                  Chapter 13
Shantessa L. Burnfield
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: jhel                                  Page 1 of 3
Date Rcvd: Feb 23, 2021                       Form ID: pdf900                             Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Burnfield, Jr., Shantessa L. Burnfield, 671 Nandina Drive, Weston, FL 33327-2410 |
| r | + | Emily Wilhem, Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| r | + | Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| 14129887 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14136159 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14129888 | + | Barclay US, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14129889 | | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14129896 | | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14165278 | | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14129898 | + | Great Lakes Higher Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14149868 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14129904 | | Union Plus Mastercard, PO Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:37:14 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 24 2021 03:21:00 | WESBANCO BANK, INC, WESBANCO BANK.INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14704367 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14129889 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:20 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14205142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2021 03:18:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14129897 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 24 2021 03:18:00 | Citizens One Auto, One Citizens Drive, Riverside, RI 02915-3019 |
| 14129890 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:43 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14154311 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0315-2 · · · · · · · · · · · · · · · · · User: jhel · · · · · · · · · · · · · · · · · · · · · · · · · · Page 2 of 3
Date Rcvd: Feb 23, 2021 · · · · · · · · · · · · · · · Form ID: pdf900 · · · · · · · · · · · · · · · · · · · · Total Noticed: 37

| 14167983 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 24 2021 03:21:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14129896 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 24 2021 02:43:34 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14193120 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 24 2021 03:20:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14129899 | + Email/Text: bankruptcy@huntington.com | | |
| | | Feb 24 2021 03:20:00 | Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 14129891 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 24 2021 02:43:25 | Chase Credit Card, PO Box 15153, Wilmington, DE 19886 |
| 14129893 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 24 2021 02:45:11 | Chase/Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 14129894 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 24 2021 02:43:25 | Chase/Slate, PO Box 15153, Wilmington, DE 19850-6919 |
| 14129900 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 24 2021 02:45:11 | JP Morgan Chase, PO BOX 78420, Phoenix, AZ 85062-8420 |
| 14194635 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Feb 24 2021 02:41:35 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code: LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14129901 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 24 2021 02:41:33 | Lowe's/Synchrony, PO Box 530914, Atlanta, GA 30353-0914 |
| 14165520 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 24 2021 03:20:00 | Midland Credit Management Inc, as agent for Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14195997 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 24 2021 02:43:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14131559 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Feb 24 2021 03:38:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14129902 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 24 2021 02:41:33 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14129903 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 24 2021 02:41:33 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14131894 | + Email/Text: bankruptcy@huntington.com | | |
| | | Feb 24 2021 03:20:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14129905 | + Email/Text: bankrupt-adjdept@wesbanco.com | | |
| | | Feb 24 2021 03:21:00 | Wesbanco Bank, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14129892 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Credit Card, PO Box 15153, Wilmington, DE 19886-5153 |
| 14129895 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Slate, PO Box 15123, Wilmington, DE 19850-6919 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMORGAN CHASE BANK  N.A. jschalk@barley.com, sromig@barley.com |
| Kenneth Steidl | on behalf of Debtor Robert L. Burnfield  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Shantessa L. Burnfield julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 8