**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/22/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ROBERT L. BURNFIELD, JR.
   SHANTESSA L. BURNFIELD
       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:15-23974

Chapter 13

Related to Dkt. No. 105

ORDER OF COURT

  AND NOW, this  22nd  day of  April 2021,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23974-GLT |
| Robert L. Burnfield, Jr. | Chapter 13 |
| Shantessa L. Burnfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Burnfield, Jr., Shantessa L. Burnfield, 671 Nandina Drive, Weston, FL 33327-2410 |
| r | + | Emily Wilhem, Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| r | + | Piatt Sotheby's International Realty, 100 Fowler Road, Warrendale, PA 15086-1132 |
| 14129887 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14136159 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14129888 | + | Barclay US, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14165278 | | ECAST SETTLEMENT CORPORATION, POB 29262, NEW YORK, NY 10087-9262 |
| 14129898 | + | Great Lakes Higher Education, PO Box 530229, Atlanta, GA 30353-0229 |
| 14149868 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14129904 | | Union Plus Mastercard, PO Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 23 2021 02:24:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 23 2021 02:13:21 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Apr 23 2021 02:25:00 | WESBANCO BANK, INC, WESBANCO BANK.INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14704367 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 23 2021 02:24:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14129889 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 02:15:14 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 14205142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 23 2021 02:24:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14129897 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 23 2021 02:24:00 | Citizens One Auto, One Citizens Drive, Riverside, RI 02915-3019 |
| 14129890 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:13:20 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14154311 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 02:13:20 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14167983 | + | Email/Text: bncmail@w-legal.com | Apr 23 2021 02:25:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14129896 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 02:15:13 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14193120 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 02:24:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14129899 | + | Email/Text: bankruptcy@huntington.com | Apr 23 2021 02:25:00 | Huntington National Bank, PO Box 182519, Columbus, OH 43218-2519 |
| 14129891 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:13:19 | Chase Credit Card, PO Box 15153, Wilmington, DE 19886 |
| 14129893 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:16:59 | Chase/Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 14129894 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:15:11 | Chase/Slate, PO Box 15123, Wilmington, DE 19850-6919 |
| 14129900 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:15:11 | JP Morgan Chase, PO BOX 78420, Phoenix, AZ 85062-8420 |
| 14194635 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 02:15:11 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code: LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14129901 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:13:18 | Lowe's/Synchrony, PO Box 530914, Atlanta, GA 30353-0914 |
| 14165520 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2021 02:25:00 | Midland Credit Management Inc, as agent for Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14195997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 02:13:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14131559 | | Email/PDF: rmscedi@recoverycorp.com | Apr 23 2021 02:17:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14129902 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:13:19 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14129903 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:13:19 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14131894 | + | Email/Text: bankruptcy@huntington.com | Apr 23 2021 02:25:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14129905 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Apr 23 2021 02:25:00 | Wesbanco Bank, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14129892 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Credit Card, PO Box 15153, Wilmington, DE 19886-5153 |
| 14129895 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Slate, PO Box 15123, Wilmington, DE 19850-6919 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor JPMORGAN CHASE BANK  N.A. jschalk@barley.com, sromig@barley.com |
| Kenneth Steidl | on behalf of Debtor Robert L. Burnfield  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Shantessa L. Burnfield julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 8